**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**Case Number: 3:26-cv-01718-X**

**BDE MISS USA, LLC**
**Plaintiffs**

**vs.**

**THE PAGEANT GUY PRODUCTIONS, LLC et. al.**
**Defendants**

**CERTIFICATION OF COMPLIANCE WITH TEMPORARY RESTRAINING ORDER**

STATE OF TEXAS §
COUNTY OF DALLAS §

I, William L. Henderson, being duly sworn, depose and state as follows:

## I. IDENTIFICATION OF AFFIANT

My name is William L. Henderson. I am over the age of 18, am competent to make this Affidavit, and have personal knowledge of all facts stated herein.

I am the Owner of the Pageant Guy Productions, LLC ("TPG"). I make this Affidavit on behalf of myself individually and TPG collectively (referred to herein as "Henderson/TPG") in connection with Defendants' written certification of compliance with the Temporary Restraining Order entered by this Court (the "Order").

This Affidavit is submitted pursuant to the Order's requirement that Henderson/TPG file written certification of compliance within four (4) days of the Order's issuance.

## II. CESSATION OF ALL PROHIBITED CONDUCT

Henderson/TPG certify compliance with each prohibition set forth in the Order, as follows:

### A. Use of the Marks

Henderson/TPG have ceased all use of the MISS TEXAS USA, MISS TEXAS TEEN USA, and MISS TEEN TEXAS USA marks (collectively, the "Marks"), and any confusingly similar marks, in advertising, promotion, contestant communications, websites, social media, email communications, sponsorship materials, productions, commercial activity, and all other public-facing communications.

### B. Pageant and Related Activities

Henderson/TPG have ceased all advertising, promoting, operating, organizing, conducting, hosting, sponsoring, livestreaming, filming, producing, and facilitating of any pageant, competition, casting process, open call, entertainment production, reality show, or related activity using the Marks or any confusingly similar marks.

Henderson/TPG are actively winding down all preparations made over the past twelve (12) months toward hosting the traditional Miss Texas USA and Miss Texas Teen

USA pageants, including arranging refunds for contestants, sponsors, and all other parties who provided fees or consideration in connection with those events.

**C. Contestant Solicitation and Fee Collection**

Henderson/TPG are no longer soliciting contestants, accepting applications, collecting deposits, taking entry fees, sponsorship funds, appearance fees, or any other consideration in connection with any pageant, competition, or activity under the Marks or any confusingly similar marks. All such activities have ceased.

**D. Representations of Authorization or Affiliation**

Henderson/TPG are no longer representing, expressly or impliedly, that they are authorized, affiliated with, sponsored by, approved by, endorsed by, or otherwise connected with the official Miss USA or Miss Teen USA system.

**E. Contestant-Facing Communications and Director Representations**

Henderson/TPG are no longer using contestant-facing communications, promotional materials, branded signatures, logos, or messaging of any kind suggesting that Henderson/TPG remain the official Texas state-level director or operator for Miss USA and Miss Teen USA.

**F. Reality Show and Media Production**

Henderson/TPG are no longer producing, promoting, advertising, filming, distributing, or publicly associating any reality show, documentary, or media production — including the "Road to Miss Texas USA" production — with the Marks.

Written notice of cessation was provided to the production company. A copy of that communication is attached hereto.

**G. Use of Marks Likely to Cause Confusion**

Henderson/TPG are no longer using the Marks in any manner likely to cause confusion, mistake, deception, or false association.

**H. Document and Data Preservation**

Henderson/TPG are not destroying, altering, concealing, deleting, transferring, or failing to preserve any documents or electronically stored information relating to the Marks, pageant operations, contestant communications, trademark applications, or the allegations in this action. All such materials are being actively preserved.

## III. AFFIRMATIVE COMPLIANCE STEPS

**A. Removal of Public-Facing Marks — Digital Assets and Channels**

Henderson/TPG have immediately removed or disabled all public-facing uses of the Marks from all websites, social media accounts, advertisements, contestant portals,

promotional materials, and communications within Henderson/TPG's control. The attached table identifies each asset, the action taken, and the date of compliance.

### B. Inaccessible Accounts

The following accounts bearing the Marks have not been active since 2023 and are no longer under the control or access of Henderson/TPG. The recovery credentials for each account are linked to email addresses that are unknown to Henderson/TPG and cannot be accessed. Henderson/TPG therefore have no present ability to modify, disable, or remove content from these accounts:

| Account | Platform | URL | Status |
|---|---|---|---|
| @MissTXUSA | TikTok | tiktok.com/@MissTXUSA | Inactive since 2023; no access to account or recovery credentials |
| @MissTXTeenUSA | TikTok | tiktok.com/@MissTXTeenUSA | Inactive since 2023; no access to account or recovery credentials |
| @MissTXUSA | X/Twitter | x.com/misstxusa | Inactive since 2023; no access to account or recovery credentials |
| @TPGProdTX | X/Twitter | x.com/tpgprodtx | Inactive since 2023; no access to account or recovery credentials |
| Facebook - MissTexasUSA | Facebook | facebook.com/MissTexasUSA | No access to account or recovery credentials. This Page was pre-linked to TPG's Instagram account to autopost content when TPG took over in 2022. |

**C. Record Preservation**

Henderson/TPG are preserving all records, communications, electronically stored information, contestant data, sponsorship information, and financial records relating to the Marks and the conduct alleged in this action.

**D. Actual Notice to Third Parties**

Henderson/TPG have provided actual notice of the Order to all persons known to be acting in concert or participation with Defendants, as follows:

- **Contestants:** All contestants were notified by email. A copy of the Order was included with each communication.
- **Sponsors, Staff, and Volunteers:** All sponsors, staff, and volunteers were notified by email. A copy of the Order was included with each communication.
- **Judges:** All judges engaged for the traditional pageant were contacted by telephone and informed of the Order. We offered to send an email with the Order and some judges declined while others accepted. Those who accepted were provided a copy of the Order by email. All judges have been informed that the traditional pageant has been canceled.
- **Production Company:** The production company associated with the "Road to Miss Texas USA" production was notified in writing. A copy of that communication is attached hereto.

## IV. CONCLUSION

I have personal knowledge of the foregoing facts. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

**FURTHER AFFIANT SAYETH NOT.**

Executed on June 27, 2026

William L. Henderson
Owner, The Pageant Guy Productions, LLC ("TPG")

**Compliance Take-Down Tracking — Doc. 28 (Order entered June 23, 2026)**

| # | Asset / Channel | Type | URL / Handle / Location | Who Controls It | Action Taken | Date |
|---|---|---|---|---|---|---|
| 1 | Primary website | Website | MissTexasUSA.com | TPG Productions | Removed public marks | 6/25/2026 |
| 2 | Miss Texas USA Shop | Website | MissTexasUSA.shop | TPG Productions | Removed public marks | 6/26/2026 |
| 3 | Instagram @misstxusa | Website | instagram.com/misstxusa | TPG Productions | Removed public marks | 6/26/2026 |
| 4 | Instagram @misstxteenusa | Portal | instagram.com/misstxteenusa | TPG Productions | Removed public marks | 6/26/2026 |
| 5 | Instagram @TPGProductions | Social | instagram.com/TPGProductions | TPG Productions | Removed public marks | 6/26/2026 |
| 6 | Facebook page | Social | https://www.facebook.com/ThePageantGuyProductions/ | TPG Productions | Removed public marks | 6/26/2026 |
| 7 | Facebook page | Social | https://www.facebook.com/MissTexasUSA | Unknown | This is a Facebook Page we have no Admin access or conttrol over it. Our Instagram account was already linked to autopost content into that Facebook Page when TPG took over, but we do not have access to the Facebook Page. | 6/26/2026 |
| 8 | Facebook Group | Social | https://www.facebook.com/groups/misstxusa2026contestants | TPG Productions | Removed public marks | 6/26/2026 |
| 9 | YouTube channel | Social | https://www.youtube.com/@misstexasusamisstexasteenu9831 | TPG Productions | Removed public marks | 6/25/2026 |
| 10 | TikTok - @MissTXUSA | Social | tiktok.com/@MissTXUSA | Unknown | This acccount has not been active since 2023 and we no longer have access to it. The recovery email is linked to an email address that is unknown and we have no access to | 6/25/2026 |
| 11 | TikTok - @MissTXTeenUSA | Social | tiktok.com/@MissTXTeenUSA | Unknown | This acccount has not been active since 2023 and we no longer have access to it. The recovery email is linked to an email address that is unknown and we have no access to | 6/25/2026 |
| 12 | X / Twitter - @MissTXUSA | Social | https://x.com/misstxusa | Unknown | This acccount has not been active since 2023 and we no longer have access to it. The recovery email is linked to an email address that is unknown and we have no access to | 6/25/2026 |
| 13 | X / Twitter - @MissTXTeenUSA | Social | https://x.com/misstxteenusa | TPG Productions | Removed public marks | 6/25/2026 |
| 14 | X / Twitter - @TPGProdTX | Social | https://x.com/tpgprodtxx | Unknown | This acccount has not been active since 2023 and we no longer have access to it. The recovery email is linked to an email address that is unknown and we have no access to | 6/25/2026 |
| 15 | YouTube channel | Social | https://www.youtube.com/@misstexasusamisstexasteenu9831 | TPG Productions | Removed public marks | 6/25/2026 |
| 16 | Email / mailing list branding | Email | - | TPG Productions | Removed public marks | 6/25/2026 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Gmail

Aaron Cartwright <aaron@eaclawyer.com>

# Re: Order Notice

1 message

**Christopher Leggett** <cleggett@deliriofilms.com> Fri, Jun 26, 2026 at 7:37 PM
To: Will <will@misstexasusa.com>
Cc: Rafael Marmor <rafael@deliriofilms.com>, Aaron Cartwright <aaron@eaclawyer.com>

We have received the order.

DELIRIO FILMS

**CHRISTOPHER LEGGETT**
PRODUCER / PARTNER
t: 310.601.4282 w: deliriofilms.com
11426 Ventura Blvd Suite 200
Studio City CA 91604

*This E-mail and any of its attachments may contain Delirio Films proprietary information, which is privileged, confidential, and/or subject to copyright law, belonging to Delirio Films, its affiliates, or clients. This email is intended solely for the use of the individual or entity it addresses. If you are not the intended recipient of this email, any dissemination, distribution, copying, or action taken concerning this email is strictly prohibited. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and destroy any printout.*

On Jun 26, 2026, at 4:46 PM, Will <will@misstexasusa.com> wrote:

Dear Mr. Leggett and Mr. Marmor,

I am writing to provide you with formal notice of a court order that affects the production that I have given access to.

On June 23, 2026, the United States District Court for the Northern District of Texas entered an order in BDE Miss USA, LLC v. The Pageant Guy Productions, LLC and William L. Henderson, No. 3:26-cv-01718-X. A copy of the order is enclosed with this email.

Among other things, the order enjoins me from producing, promoting, advertising, filming, distributing, or publicly associating any reality show or media production with the MISS TEXAS USA and MISS TEXAS TEEN USA marks, and it specifically references the “Road to Miss Texas USA” production. I am providing you with actual notice of the order, as it requires.

For my part, I am ceasing all activity on my end related to that production that uses those marks. Effective immediately, I am no longer able to contribute to or facilitate the production in any way.

I am sorry for the disruption. So that I have a clear record, please confirm receipt of this notice and the enclosed order.

<BDE_Miss_USA_LLC_v_The_Pageant_Guy_Productions_LLC__txndce-26-01718__0028.0.pdf>

Sincerely,

Will Henderson
Executive Director
The Pageant Guy Productions
will@misstexasusa.com
www.MissTexasUSA.com