UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BDE MISS USA, LLC**, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:26-cv-01718-X |
| | § | |
| **THE PAGEANT GUY PRODUCTIONS, LLC et. al**, | § | |
| | § | |
| | § | |
| *Defendants*. | | |

**JOINT PROPOSAL FOR CONTENTS**
**OF SCHEDULING AND DISCOVERY ORDER**

| | |
|---|---|
| Proposed Date to Complete Discovery | January 29, 2027<br>Expert Discovery March 5, 2027 |
| Proposed Trial Date, including the number of trial days and whether a jury has been demanded | May 3, 2027<br>Number of Trial Days: 5<br>Jury |
| Proposed Motion Deadline | March 12, 2027 |
| Proposed Deadline to file motions for leave to join other parties | September 4, 2026 |
| Proposed Deadline to file motions for leave to amend the pleadings | January 6, 2027 |
| Proposed Deadline to Designate Expert Witnesses (including rebuttal experts) | Expert designations and reports: February 5, 2027<br>Rebuttal expert designations and reports: February 26, 2027 |
| Proposed Deadline to commence settlement negotiations | September 4, 2026 |

1. Status report explaining progress made at the meeting and present status of settlement negotiations: *The parties have exchanged substantial factual and documentary information through the preliminary-injunction proceedings and have engaged in settlement discussions. The parties have not reached a*



112139624v1

*settlement. The parties believe continued settlement discussions may be productive after targeted discovery and agree that settlement discussions should continue without staying or delaying discovery or other deadlines.*

2. Advisability of referring the case for mediation: *The parties agree that mediation is advisable. The parties propose selecting a mutually acceptable mediator and completing mediation by March 5, 2027. Each party will attend through lead counsel and a representative possessing full settlement authority unless excused by the mediator or the Court.*

3. Do the parties consent to trial (jury or non-jury) before a United States Magistrate Judge?[1] *No.*

4. Proposed plan and schedule for discovery: *The parties propose that fact discovery be completed by January 29, 2027, and that expert discovery be completed by March 5, 2027. Written discovery shall be served sufficiently in advance of the fact-discovery deadline to permit timely responses and any necessary follow-up discovery, and all fact depositions shall be completed by January 29, 2027. Plaintiff's expert designations and reports shall be due February 5, 2027; Defendants' expert designations and reports shall be due February 19, 2027; rebuttal expert designations and reports shall be due February 26, 2027; and all expert depositions and expert discovery shall be completed by March 5, 2027.*

[1] Before responding to this question, counsels are directed to carefully review the provisions of 28 U.S.C. § 636(c) and, specifically, section 636(c)(3).

5. Proposed limitations on discovery, if any: *The parties propose no limitations beyond those imposed by the Federal Rules of Civil Procedure, the Local Civil Rules, and the Court's orders. The presumptive limits on interrogatories and depositions under Rules 30 and 33 shall apply. Before serving broad requests for electronically stored information, the parties shall confer in good faith regarding reasonably accessible sources, custodians, date ranges, search methodology, production format, metadata, deduplication, privilege, and proportionality. No party waives its right to seek discovery from additional custodians, sources, accounts, devices, or platforms based on information learned during discovery.*

6. Other proposals regarding scheduling and discovery that the parties believe will facilitate expeditious and orderly preparation for trial, including the parties' positions on a consolidated discovery schedule: *Comments*.

7. Are the parties considering mediation or arbitration to resolve this litigation, and if not, why not?[2] *The parties agree to complete mediation by March 5, 2027.*

8. Other matters relevant to the status and disposition of this case: *The Court has entered a preliminary injunction that remains in effect pending trial unless modified by the Court or a court of competent jurisdiction. The parties anticipate that discovery regarding permanent injunctive relief, compliance,*

[2] The Court encourages the early use of mediation or arbitration.

*damages, remaining claims and counterclaims, and the relevant contractual and trademark issues will be targeted in light of the record already developed during the preliminary-injunction proceedings.*